ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorneys for the Defendant
RANDALL CLARY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-668 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER CONTINUING SENTENCING** |
| RANDALL CLARY, | |
| Defendant. / | |

This matter is set for sentencing on September 20, 2011. Defense counsel needs additional time in which to prepare for sentencing because he has had some difficulty visiting defendant at the Glen Dyer Jail and due to other commitments. The parties therefore stipulate, with the concurrence of U.S. Probation, that the sentencing hearing scheduled for September 20, 2011 may be vacated and reset for October 18, 2011.

**SO STIPULATED**.


Dated: September 8, 2011　　　　　　　/S/Kevin Barry
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

///
///
///

STIPULATION AND ORDER CONTINUING HEARING

Dated: September 8, 2011        /S/Erik Babcock
                                Attorney for Defendant

**SO ORDERED**.

DATED: 9/9/11

_____
HONORABLE RICHARD SEEBORG
United States District Judge