DIANA L. WEISS (SBN 121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
Facsimile: (510) 525-1321

Attorney for Defendant
RANDALL CLARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: CR10-0668RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| Vs. ) | HEARING TO |
| ) | DECEMBER 13, 2011 |
| RANDALL CLARY ) | |
| Defendant ) | |
| ) | |

The parties, through counsel of record, hereby stipulate and agree:

1. This matter is presently scheduled for a Sentencing Hearing on December 13 at 2:30 p.m.

2. Mr. Clary has significant mental health issues

3. Attorney for defendant Clary has represented that Mr. Clary is now on a medication regime that addresses his mental health issues. Based on the fact that Mr. Clary is now stabilized, counsel has arranged for Mr. Clary to be re-interviewed by United States Probation Officer Charlie Mabie and for an updated Presentence Report (PSR) to be prepared.

4. The parties therefore request that the sentencing hearing be continued to February 28, 2012 to allow time for the re-interview of Mr. Clary and preparation of an amended PSR.

SO STIPULATED.

Dated:   November 22, 2011


          /S/                                    /S/
KEVIN BARRY                            DIANA L. WEISS
Assistant United States Attorney        Attorney for Defendant
Counsel for United States              RANDALL CLARY


**SO ORDERED.**

DATED:   11/22/11

_____
HONORABLE RICHARD SEEBORG
United States District Judge